# 10th CIR. FORM 4. DISCLOSURE STATEMENT

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

### Fed. R. Civ. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

JEANETTA VAUGHN,

v.                                              Case No.  24-1016

JP MORGAN CHASE & CO., et al.

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of ___Defendants-Appellants, JPMorgan Chase Bank, N.A., and Trina Pelech___

[Party Name(s)]

certifies[1] as follows:

☑      The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

 see attachment 1

☐      There is no information to disclose pursuant to Fed. R. App. P. 26.1.

 1/26/2024
Date

 /s/ Elliot H. Scherker
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

1

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Disclosure Statement
　　　　　　　　[date]

_____
[name of party]

at_____,
　　　　　　　　　　　　[address]

the last known address/email address, by

　CM/ECF_____.
　　　　　　　　[method of service]

　1/26/2024_____
Date

　/s/ Elliot H. Scherker_____
Signature

# ATTACHMENT 1

JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly-held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly-held corporation owns ten percent (10%) or more of its stock. However, The Vanguard Group, Inc., an investment advisor which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% of more of the stock of JPMorgan Chase & Co.

Trina Pelech is an individual and does not have any parent corporation.