UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

JEANETTA VAUGHN,

v.

JP MORGAN CHASE & CO., et al.

Case No.   24-1016

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

JPMorgan Chase Bank, N.A., and Trina Pelech
[Party or Parties][1]

_____

Appellants
[Appellant/Petitioner or Appellee/Respondent]

, in the above-captioned case(s).

see attachment 1
Name of Counsel

Name of Counsel

_____
Signature of Counsel

Signature of Counsel

_____
Mailing Address and Telephone Number

Mailing Address and Telephone Number

_____
E-Mail Address

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☑     The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

see attachment 2

☐     There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

1/26/2024
_____
Date

/s/ Elliot H. Scherker
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑      All other parties to this litigation are either: (1) represented by attorneys; or
(2) have consented to electronic service in this case; or

☐      On _____ I sent a copy of this Entry of Appearance
Form to:
          [date]

_____

at_____,

the last known address/email address, by _____.
                    [state method of service]

___1/26/2024_____
Date

___/s/ Elliot H. Scherker_____
Signature

## ATTACHMENT 1

Elliot H. Scherker
GREENBERG TRAURIG, P.A.
Name of Counsel

Brigid F. Cech Samole
GREENBERG TRAURIG, P.A.
Name of Counsel

/s/ Elliot H. Scherker
Signature of Counsel

/s/ Brigid F. Cech Samole
Signature of Counsel

333 SE 2nd Ave., Suite 4400
Miami, FL 33131
Telephone: 305.579.0500
Mailing Address and Telephone
Number

333 SE 2nd Ave., Suite 4400
Miami, FL 33131
Telephone: 305.579.0500
Mailing Address and Telephone
Number

scherkere@gtlaw.com
E-Mail Address

Brigid.CechSamole@gtlaw.com
E-Mail Address

Katherine M. Clemente
GREENBERG TRAURIG, LLP
Name of Counsel

Naomi Beer
GREENBERG TRAURIG, LLP
Name of Counsel

/s/ Katherine M. Clemente
Signature of Counsel

/s/ Naomi Beer
Signature of Counsel

One Vanderbilt Avenue
New York, NY 10017
Telephone: 212.801.9200
Mailing Address and Telephone
Number

1144 15th Street, Suite 3300
Denver, CO 80202
Telephone: 303.572.6500
Mailing Address and Telephone
Number

Katherine.Clemente@gtlaw.com
E-Mail Address

beern@gtlaw.com
E-Mail Address

## ATTACHMENT 2

1. Beer, Naomi G. (Counsel for Defendants-Appellants)

2. Cech Samole, Brigid F. (Counsel for Defendants-Appellants)

3. Clemente, Katherine M. (Counsel for Defendants-Appellants)

4. Connally, April C. (Counsel for Defendants-Appellants)

5. Greenberg Traurig, LLP (Counsel for Defendants-Appellants)

6. Greenberg Traurig, P.A. (Counsel for Defendants-Appellants)

7. Halpern, Iris (Counsel for Plaintiff-Appellee)

8. JPMorgan Chase Bank, N.A. (Defendants-Appellants)

9. Mathews, Sarah M. (Counsel for Defendants-Appellants)

10. Neureiter, The Honorable N. Reid (District Court Magistrate Judge)

11. Pelech, Trina (Defendants-Appellants)

12. Rathod Mohamedbhai LLC (Counsel for Plaintiff-Appellee)

13. Scherker, Elliot H. (Counsel for Defendants-Appellants)

14. Smith Whitney, Crist A. (Counsel for Plaintiff-Appellee)

15. Sweeney, The Honorable Charlotte N. (District Court Judge)

16. Vaughn, Jeanetta (Plaintiff-Appellee)