UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                    Jane K. Castro
Clerk of Court                                                          Chief Deputy Clerk

January 26, 2024

Ms. Naomi Beer
Ms. April Christine Connally
Greenberg Traurig
1144 15th Street, Suite 3300
Denver, CO 80202

Ms. Katherine Marie Clemente
Greenberg Traurig
One Vanderbilt Avenue
New York, NY 10017

Ms. Brigid Cech Samole
Greenberg Traurig
333 S.E. 2nd Avenue, Suite 4100
Miami, FL 33131

Mr. Elliot H. Scherker
Greenberg Traurig
District of Columbia
2101 L Street, NW, Suite 1000
Washington, DC 20037

**RE:** 24-1016, Vaughn v. JP Morgan Chase & Co., et al
Dist/Ag docket: 1:23-CV-02266-CNS-NRN

Dear Counsel:

The district court transmitted notice that the record is complete to the clerk of this court on January 26, 2024. *See* 10th Cir. R. 11.1(A) and 31.1(A)(1).

Appellant's brief and appendix must be filed on or before March 6, 2024. Appellee may file a response brief within 30 days after service of appellant's brief. If a response brief is filed, Appellant may file a reply brief within 21 days after service of appellee's brief.

Briefs and appendices must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. Counsel are encouraged to utilize the court's Briefing and Appendix checklist when compiling their

briefs and appendices. Motions for extension of time are disfavored and must comply with 10th Cir. R. 27.1 and 27.6.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:     Iris Halpern
        Crist Anthony Smith Whitney


CMW/sds