UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| JEANETTA VAUGHN <br><br> v. <br> JP MORGAN CHASE & CO., and TRINA PELECH | Case No. 24-1016 |

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

JEANETTA VAUGHN
_____
[Party or Parties]¹

_____

Appellee/Respondent
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


Felipe Bohnet-Gomez
_____     _____
Name of Counsel                        Name of Counsel

s/ Felipe Bohnet-Gomez
_____     _____
Signature of Counsel                   Signature of Counsel

2701 Lawrence St., Suite 100, Denver, CO 80205; (303) 578-4400
_____     _____
Mailing Address and Telephone Number   Mailing Address and Telephone Number

fbg@rmlawyers.com
_____     _____
E-Mail Address                         E-Mail Address

---

¹ Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

  direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

  disclosed to the court.

1/26/2024
Date

s/ Felipe Bohnet-Gomez
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑   All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On  1/26/2024   I sent a copy of this Entry of Appearance
         [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                          [state method of service]

1/26/2024
_____
Date

s/ Felipe Bohnet-Gomez
_____
Signature