CIRCUIT MEDIATION OFFICE
UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

March 11, 2024

Naomi Beer, Esq.
Greenberg Traurig
1144 15th Street, Suite 3300
Denver, CO  80202

Felipe Bohnet-Gomez, Esq.
Rathod Mohamedbhai
2701 Lawrence Street, Suite 100
Denver, CO  80205

RE:  No. 24-1016 – Jeanetta Vaughn v. JP Morgan Chase & Co., et al.

Dear Counsel:

  Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellee's brief is extended to **April 26, 2024**.

           Sincerely,

           Kevin J. Kinnear

KJK:dm