Case No. 24-1016

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Jeanetta Vaughn,

    Plaintiff-Appellee

v.

JP Morgan Chase & CO., et al.,

    Defendants-Appellants.
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO APPELLANT'S OPENING BRIEF AND APPENDIX**
_____

    Plaintiff-Appellee, Jeanetta Vaughn ("Ms. Vaughn"), by and through undersigned counsel, and pursuant to Federal Rule of Appellate Procedure 27 and Tenth Circuit Rule 27.6, respectfully moves this Court for a 30-day extension of time, up to and including May 28, 2024, within which to file the Response to Defendants-Appellants' Opening Brief and Appendix in this appeal.

### I.    STATEMENT OF CONFERRAL

    Undersigned counsel conferred with counsel for Appellants JP Morgan Chase & CO., et al., which does not oppose the relief requested herein.

### II.    MOTION

1. Ms. Vaughn's Response to Appellants Opening Brief and Appendix is currently due April 26, 2024.

2. Counsel for Ms. Vaughn had multiple scheduling obligations over the past few weeks,

extending into next month, including filings in other matters.

3. Such obligations include but are not limited to motions practice and discovery disputes in *Peddada v. Catholic Health Initiatives et al.*, 23-cv-01921-SKC-MDB, District of Colorado; and motions practice in *Barbara Suzette Baker v. Llano County Commissioners et al.,* 1:24-CV-00228-RP, District Court for the Western District of Texas Austin Division; and other cases not currently filed with the court.

4. As such, Ms. Vaughn requires an additional 30 days, up to and including May 28, 2024, to file her response to Appellants' Opening Brief and Appendix.

5. Ms. Vaughn has not filed any prior motions to extend time before the Court.

WHEREFORE, for the foregoing reasons, Ms. Vaughn respectfully requests this Court grant the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO APPELLANTS' OPENING BRIEF AND APPENDIX in the amount of 30 days, up to and including May 28, 2024.

Respectfully submitted this 17th day of April 2024.

RATHOD | MOHAMEDBHAI LLC
*s/ Crist Whitney*
Iris Halpern
Felipe Bohnet Gomez
Crist Whitney
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400 (t)
(303) 578-4401 (f)
ih@rmlawyers.com
fbg@rmlawyers.com
cw@rmlawyers.com

ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April 2024, a true and correct copy of the above and foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX was electronically filed with the Clerk of the Tenth Circuit Court via the CM/ECF system, which will send notification of such filing to the following:

NAOMI BEER
APRIL CHRISTINE CONNALLY
GREENBERG TRAURIG, LLP
1144 15TH STREET, SUITE 3300
DENVER, COLORADO 80202
TELEPHONE: 303.572.6500
BEERN@GTLAW.COM
APRIL.CONNALLY@GTLAW.COM

KATHERINE M. CLEMENTE
GREENBERG TRAURIG, LLP
ONE VANDERBILT AVENUE
NEW YORK, NEW YORK 10017
TELEPHONE: 212.801.9200
CLEMENTEK@GTLAW.COM

ELLIOT H. SCHERKER
BRIGID F. CECH SAMOLE
GREENBERG TRAURIG, P.A.
333 SOUTHEAST SECOND AVENUE
SUITE 4400
MIAMI, FLORIDA 33131
TELEPHONE: 305.579.0500
SCHERKERE@GTLAW.COM
CECHSAMOLEB@GTLAW.COM
MIAMIAPPELLATESERVICE@GTLAW.COM